## ATLANTIC CITY v. VICTOR FREISINGER, PROSECUTOR IN CERTIORARI.

Submitted December 29, 1902—Decided February 24, 1903.

Under the Atlantic City ordinance for licensing auctioneers. &c., passed July 14th, 1902. no license fee becomes due and payable until June 1st, 1903.

On *certiorari.*

Before Justices DIXON and HENDRICKSON.

For the prosecutor in *certiorari, George A. Bourgeois.*

For the defendant in *certiorari, Harry Wootton.*

The opinion of the court was delivered by

DIXON, J. An ordinance of Atlantic City, passed July 14th, 1902, made it unlawful for any person to conduct a store where goods are sold at auction unless a certain license fee had been paid, and further provided that the license fee should be due and payable on the 1st day of June in each year.

On August 21st, 1902, proceedings were instituted against the present prosecutor for conducting such a store without having paid the license fee, and thereupon he was convicted.

By the very terms of the ordinance a license fee does not become due and payable until June 1st, 1903, and therefore this conviction must be set aside, with costs.